1  SEYFARTH SHAW LLP
   Giovanna A. Ferrari (SBN 229871)
2  gferrari@seyfarth.com
   Jessica E. Mendelson (SBN 280388)
3  jemendelson@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendants
   CORE Education and Consulting Solutions, Inc.,
7  CORE Education & Technologies Limited

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

| 13 | Misha Consulting Group, Inc., d/b/a eBusinessDesign, | Case No. 5:13-cv-04262-RMW |
|---|---|---|
| 14 | | **JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING AND CASE MANAGEMENT CONFERENCE DEADLINES** |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | CORE Education and Consulting Solutions, Inc., and CORE Education & Technologies Limited, | |
| 18 | | |
| 19 | Defendants. | |

STIPULATION TO EXTEND RESPONSIVE PLEADING & CMC DEADLINES / Case No. 13-cv-04262 RMW

Pursuant to Federal Rule of Civil Procedure 12 and Northern District Local Rules 6-1, 6-2, and 7-12, Plaintiff Misha Consulting Group ("Misha") and Defendants CORE Education and Consulting Solutions, Inc. and CORE Education and Technologies Limited (collectively the "Parties"), stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint in this action on August 15, 2013. Defendants were served with the Complaint and Summons on that same day;

WHEREAS, Defendants removed the Complaint to this Court on September 13, 2013;

WHEREAS, On September 20, 2013, Defendants filed a Motion to Dismiss, which was subsequently denied by this Court on November 15, 2013;

WHEREAS, the responsive pleading deadline in this case is currently Friday, November 29, 2013;

WHEREAS, the parties have agreed to extend the responsive pleading deadline to Tuesday, December 10, 2013;

WHEREAS, the Case Management Conference for this case is currently scheduled for Friday, December 13, 2013;

WHEREAS, any extension of time to respond to the complaint would conflict with the date of the Case Management Conference;

WHEREAS, because the parties agreed to move the responsive pleading date, it is necessary to move the Case Management Conference as well;

WHEREAS, the Parties have requested no previous time modifications in the case, either by stipulation or Court order;

NOW, THEREFORE, the Parties agree and stipulate that:

1. Defendants shall file their responsive pleading no later than Tuesday, December 10, 2013;

2. The Case Management Conference, currently scheduled for Friday, December 13, 2013, shall be extended two weeks, to Friday, ~~December 27, 2013~~ **January 10, 2014**, or an alternate time convenient for this Court; and

3. Corresponding disclosure and meet and confer deadlines shall be extended in

1

STIPULATION TO EXTEND RESPONSIVE PLEADING & CMC DEADLINES / Case No. 13-cv-04262 RMW

1  accordance with this continuance.

2  As no trial date has been set, this month long extension will not prejudice any party or the
3  Court.

4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6  Dated: November 26, 2013

GREENAN, PEFFER, SALLANDER, AND LALLY LLP

By: /signature/
Kevin D. Lally
Robin L. Thornton

Attorneys for Plaintiff MISHA CONSULTING GROUP, INC.

12  DATED: November 26, 2013

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Giovanna A. Ferrari
Giovanna A. Ferrari
Jessica E. Mendelson
Attorneys for Defendants
CORE Education and Consulting Solutions, Inc., CORE Education & Technologies Limited

1 <u>~~PROPOSED~~ ORDER</u>

2   Good cause appearing, the deadline to complete responsive pleading is continued from
3 Friday, November 29, 2013 to Tuesday, December 10, 2013. The date for the Case
4 Management Conference is continued from Friday, December 13, 2013 to Friday, ~~December 27~~,
5 ~~2013~~. All other deadlines associated with the Case Management Conference are continued

   *January 10, 2014*

6 accordingly.

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9 Dated: _____   By: /s/ Ronald M. Whyte
10                            The Honorable
                               United States District Judge

16506092v.1