1
SEYFARTH SHAW LLP
Giovanna A. Ferrari (SBN 229871)
2
gferrari@seyfarth.com
Jessica E. Mendelson (SBN 280388)
3
jemendelson@seyfarth.com
560 Mission Street, 31st Floor
4
San Francisco, California  94105
Telephone:    (415) 397-2823
5
Facsimile:     (415) 397-8549
6
Attorneys for Defendants
CORE Education and Consulting Solutions, Inc.,
7
CORE Education & Technologies Limited
8
9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13    Misha Consulting Group, Inc., d/b/a          Case No.  5:13-cv-04262-RMW
      eBusinessDesign,
14                                                 **JOINT STIPULATION TO EXTEND**
                    Plaintiff,                     **RESPONSIVE PLEADING AND CASE**
15                                                 **MANAGEMENT CONFERENCE**
             v.                                    **DEADLINES**
16
      CORE Education and Consulting Solutions,
17    Inc., and CORE Education & Technologies
      Limited,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND RESPONSIVE PLEADING & CMC DEADLINES / Case No.
13-cv-04262 RMW

1    Pursuant to Federal Rule of Civil Procedure 12 and Northern District Local Rules 6-1, 6-

2    2, and 7-12,  Plaintiff Misha Consulting Group ("Misha") and Defendants CORE Education and

3    Consulting Solutions, Inc. and CORE Education and Technologies Limited (collectively the

4    "Parties"), stipulate and agree as follows:

5    WHEREAS, Plaintiff filed the Complaint in this action on August 15, 2013.  Defendants

6    were served with the Complaint and Summons on that same day;

7    WHEREAS, Defendants removed the Complaint to this Court on September 13, 2013;

8    WHEREAS, On September 20, 2013, Defendants filed a Motion to Dismiss, which was

9    subsequently denied by this Court on November 15, 2013;

10    WHEREAS, the responsive pleading deadline in this case is currently Friday, November

11    29, 2013;

12    WHEREAS, the parties have agreed to extend the responsive pleading deadline to

13    Tuesday, December 10, 2013;

14    WHEREAS, the Case Management Conference for this case is currently scheduled for

15    Friday, December 13, 2013;

16    WHEREAS, any extension of time to respond to the complaint would conflict with the

17    date of the Case Management Conference;

18    WHEREAS, because the parties agreed to move the responsive pleading date, it is

19    necessary to move the Case Management Conference as well;

20    WHEREAS, the Parties have requested no previous time modifications in the case, either

21    by stipulation or Court order;

22    NOW, THEREFORE, the Parties agree and stipulate that:

23    1.    Defendants shall file their responsive pleading no later than Tuesday, December

24    10, 2013;

25    2.    The Case Management Conference, currently scheduled for Friday, December 13,

26    2013, shall be extended two weeks, to Friday, ~~December 27, 2013~~, or an alternate time

27    convenient for this Court; and          **January 10, 2014**

28    3.    Corresponding disclosure and meet and confer deadlines shall be extended in

1

1   accordance with this continuance.

2        As no trial date has been set, this month long extension will not prejudice any party or the

3   Court.

4        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5

6   Dated: November 26, 2013                    GREENAN, PEFFER, SALLANDER, AND
                                                LALLY LLP
7

8                                       By
                                                Kevin D. Lally
9                                               Robin L. Thornton

10                                          Attorneys for Plaintiff MISHA CONSULTING
                                            GROUP, INC.
11

12  DATED: November 26, 2013                    Respectfully submitted,

13                                              SEYFARTH SHAW LLP

14                                      By:  /s/ Giovanna A. Ferrari
                                                Giovanna A. Ferrari
15                                              Jessica E. Mendelson
                                            Attorneys for Defendants
16                                          CORE Education and Consulting Solutions,
                                            Inc., CORE Education & Technologies
17                                          Limited

18

19

20

21

22

23

24

25

26

27

28

                                        2

1

~~PROPOSED~~ ORDER

2       Good cause appearing, the deadline to complete responsive pleading is continued from

3   Friday, November 29, 2013 to Tuesday, December 10, 2013.   The date for the Case

4   Management Conference is continued from Friday, December 13, 2013 to Friday, ~~December 27,~~

January 10, 2014

5   ~~2013~~. All other deadlines associated with the Case Management Conference are continued

6   accordingly.

7       PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   Dated: _____         By: *Ronald M. Whyte*

10                                          The Honorable
                                        United States District Judge

11

12

13

14

15

16

17   16506092v.1

18

19

20

21

22

23

24

25

26

27

28

3